U. S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| Intellectual Capital Holdings | § § | |
| v | § § | 5:08cv65 |
| NEC Corporation, et al | § | |
| | | |
| ICHL, LLC | § § | |
| v | § § | 5:08cv175 |
| BFG Technologies | § | |
| | | |
| Intellectual Capital Holdings Limited | § § | |
| v | § § | 5:08cv177 |
| LG Electronics | § | |

U. S. Magistrate Judge Caroline M. Craven
Law Clerk:  Jennifer Orgeron
Courtroom Deputy: Lynn  Siebel
Court Reporter: Melanie Harris

Plaintiff: Frank Branson, Eric Stahl
Defendant: Kevin Johnson, Todd Briggs, Mark Anania, Charles Sutton, Fred Williams, Patrick Farley, Vincent Belusko, Ryan Malloy, Eric Findlay, Sharre Lotfollahi, Doug McSwane, John Pickett, Damon Young, Jonathon Reavill, Michael Shea, Melvin Wilcox, Patrick Arnold, Jr.

MINUTES OF
TUTORIAL AND MARKMAN HEARING
02/09/2010

9:00 Matter called/Mr. Stahl 15 minutes for tutorial/30 for defendant/9:04 Mr. Stahl presents tutorial on behalf of Plaintiff/9:16 Mr. Belusko presents tutorial on behalf of Defendants/9:39 Break/9:53 Mr. Stahl presents Argument, Part 1 on behalf of Plaintiff/10:17 Mr. Kevin Johnson responds on behalf of Defendants/10:55 Mr. Stahl replies/11:12 Mr. Johnson responds/11:17 Break/11:28 Mr. Stahl presents Argument Part 2/12:19 Lunch break until 1:15/1:22 Mr. Belusko responds on behalf of Defendants/2;05 Mr. Stahl replies/2:24 Mr. Belusko responds/2:28 Mr. Stahl replies/2:31 Break/2:46 Mr. Stahl presents Argument, Part 3 on behalf of Plaintiff/2:58 Mr. Belusko responds on behalf of Defendants/3:00 Mr. Mark Anania responds on behalf of

Defendants/3:08 Mr. Stahl presents Argument Part 4 on behalf of Plaintiff/3:14 Mr. Anania responds/3:19 Mr. Stahl responds/3:22 Claim Construction will be filed within 60 days/3:23 Adjourn